IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIAN A., et al.            )
                            )
v.                          ) NO. 3:00-0445
                            ) JUDGE CAMPBELL
PHIL BREDESEN, et al.       )

ORDER

Pending before the Court is Plaintiffs' Motion for a Temporary Restraining Order or, in the Alternative, for a Preliminary Injunction (Docket No. 296). The Court held a hearing on Plaintiffs' Motion on October 13, 2009. For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE