IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIAN A., et al.            )
                            )
v.                          ) NO. 3:00-0445
                            ) JUDGE CAMPBELL
PHIL BREDESEN, et al.       )

ORDER

Pending before the Court are Plaintiffs' Motion for Leave to File Supplemental Complaint (Docket No. 334) and Motion for Leave to File Second Supplemental Complaint[1] (Docket No. 336).

For the reasons stated in the accompanying Memorandum, Plaintiffs' Motions are GRANTED. The Clerk is directed to file the Supplemental Complaint (Docket No. 335-1) and the Second Supplemental Complaint (Docket No. 337-1).[2]

The Supplemental Complaint and the Second Supplemental Complaint shall be deemed filed as of the dates the Proposed Supplemental Complaints (Docket Nos. 335-1 and 337-1) were filed, November 9 and November 12, 2009, respectively. Defendants shall file Responses to the Supplemental Complaints by January 4, 2009. This case is referred to the Magistrate Judge for customized case management as to the Supplemental Complaints.

IT IS SO ORDERED.

                                                                         _____
                                                                         TODD J. CAMPBELL
                                                                         UNITED STATES DISTRICT JUDGE

---

[1] Plaintiffs' Second Supplemental Complaint adds another Supplemental Plaintiff and that Plaintiff's specific claims. *See* Docket No. 337.

[2] Because the Second Supplemental Complaint does not fully restate the Supplemental Complaint, both should be filed.