IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIAN A., et al.                          )
                                          )
v.                                        ) NO. 3:00-0445
                                          ) JUDGE CAMPBELL
PHIL BREDESEN, et al.                     )

ORDER

Pending before the Court is Defendants' Motion to Dismiss Supplemental Complaints as Moot (Docket No. 398). Plaintiffs have filed a Response (Docket No. 400), in which they agree that the Supplemental Complaints should be dismissed without prejudice.

Therefore, Defendants' Motion to Dismiss (Docket No. 398) is GRANTED, and Plaintiffs' Supplemental Complaints are DISMISSED without prejudice.

The hearing scheduled for April 19, 2010, is canceled, and all other pending Motions are denied as moot.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE