IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIAN A., et al.                )
                                )
v.                              ) NO. 3:00-0445
                                ) JUDGE CAMPBELL
PHIL BREDESEN, et al.           )

ORDER

Pending before the Court is Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Expenses (Docket No. 402). The Court finds that Plaintiffs' requests are reasonable and within the scope and contemplation of the Court's prior Orders in this matter and the Modified Settlement Agreement entered into by the parties.

Plaintiffs' Motion is GRANTED, and Plaintiffs are awarded $101,006.65 in attorneys' fees and $6,112.83 in costs.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE