IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIAN A., et al.            )
                            )
v.                          ) NO. 3:00-0445
                            ) JUDGE CAMPBELL
PHIL BREDESEN, et al.       )

ORDER

Pending before the Court is a Joint Motion Requesting Leave for Additional Time for Defendants to File their Response to Plaintiffs' Motion for Approval of Reasonable Attorneys' Fees and Expenses and for Plaintiffs to File a Reply Memorandum (Docket No. 419). The Motion is GRANTED.

Defendants shall file their Response by March 14, 2011, and Plaintiffs shall file their Reply by April 11, 2011.

IT IS SO ORDERED.

                                              */s/ Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE