IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRIAN A., et al. | ) |
| | ) |
| v. | ) NO. 3:00-0445 |
| | ) JUDGE CAMPBELL |
| PHIL BREDESEN, et al. | ) |

ORDER

Pending before the Court is Plaintiffs' Motion for Approval of Reasonable Attorneys' Fees and Expenses (Docket No. 412). Defendants have filed a Response in Opposition to Plaintiffs' Motion (Docket No. 421). For the reasons stated in the accompanying Memorandum, Plaintiffs' Motion is GRANTED in part and DENIED in part.

Plaintiffs' request for expenses of $14,111.07 is granted. Plaintiffs shall recalculate their attorneys' fees in light of the rulings in the accompanying Memorandum and shall file a Revised Motion for Attorneys' Fees on or before May 4, 2011. Defendants shall have until May 11, 2011, to file any Response.

IT IS SO ORDERED.

                                                                                               TODD J. CAMPBELL
                                                                                               UNITED STATES DISTRICT JUDGE