IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

BRIAN A., et al.           )
                           )
v.                         ) NO. 3:00-0445
                           ) JUDGE CAMPBELL
PHIL BREDESEN, et al.      )

ORDER

Pending before the Court is Plaintiffs' Revised Motion for Approval of Reasonable Attorneys' Fees (Docket No. 426), to which no opposition has been filed.

Plaintiffs' Motion is GRANTED, and Plaintiffs are awarded attorneys' fees against Defendants in the amount of $148,283.30. In addition, Plaintiffs may request reasonable "fees on fees" at a later date.

The Court having previously found that notice, publication and a hearing are not required in connection with Plaintiffs' periodic requests for fees herein, notice and a hearing are not required in connection with this Motion.

IT IS SO ORDERED.

                                                              _____
                                                              TODD J. CAMPBELL
                                                             UNITED STATES DISTRICT JUDGE