UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIAN A., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BILL HASLAM, et al.,<br><br>    Defendants. | Civ. Act. No. 3:00-0445<br>Judge Todd J. Campbell<br>Magistrate Judge Joe B. Brown |

### SECOND JOINT NOTICE PURSUANT TO THE COURT'S ORDER DATED JANUARY 28, 2013 (DKT NO. 474)

By Order entered January 28, 2013, the Court directed that counsel file with the Court a Notice regarding compliance with paragraph one of the Joint Stipulation Concerning Plaintiffs' Motion for Access to Information Regarding Child Fatalities Necessary to Ensure Compliance with the *Brian A.* Exit Plan (the "Stipulation"), by February 4, 2013. (Dkt. Nos. 473, 474.) On February 4, 2013, the parties filed a Joint Notice Pursuant to the Court's Order Dated January 28, 2013 (Dkt. No. 476) (the "February 4 Notice"), and stated that they would file a further status Notice on February 20, 2012. The parties hereby provide this Notice to the Court of the following information regarding DCS's efforts to validate the accuracy of the numbers of fatalities during 2011 and 2012 of (1) class-member children, and (2) non-class-member children with a prior history of contact with DCS:

1. As they continue to discuss the issues in the Stipulation and the Court's related orders in good faith, the parties and the Technical Assistance Committee ("TAC")/Monitors agree that the sufficiency of Defendants' efforts to identify and track the number of child

1

fatalities are already part of the revision of DCS's internal process for investigating child fatalities addressed in paragraph 2 of the Stipulation.

2. The TAC has agreed to and will assess the sufficiency of DCS's efforts, outlined in the February 4 Notice, to validate the accuracy of the numbers of child fatalities during 2011 and 2012 as part of its role in revising the DCS internal process for investigating child fatalities, provided for by paragraph 2 of the Stipulation.  This will include determining whether additional sources of data need to be searched and whether the searches performed in data sources identified in the February 4 Notice are sufficient.

3. The TAC's role under paragraph 2 of the Stipulation includes the DCS process for tracking and identifying child fatalities going forward.

4. Defendants will promptly inform Plaintiffs and provide the TAC with all DCS internal investigation documents concerning any fatalities for 2011 and 2012 covered by the Stipulation but not previously identified, if any.

5. The parties will provide an update to the Court concerning this Notice in their Notice as to compliance with paragraph 2 of the Stipulation to be filed with the Court on April 25, 2013, pursuant to the Court's Order dated January 28, 2013.  (Dkt. No. 474.)

Nothing herein prevents the parties from requesting a hearing or filing relevant information with the Court.

DATED:            February 20, 2013
                  Nashville, TN

2

**APPROVED FOR ENTRY:**

**ATTORNEYS FOR PLAINTIFFS:**

 /s/ Ira Lustbader
MARCIA ROBINSON LOWRY (*pro hac vice*)
IRA LUSTBADER (*pro hac vice*)
MELISSA COHEN (*pro hac vice*)
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001
(212) 683-2210

 /s/ David L. Raybin
DAVID L. RAYBIN (TN BPR #003385)
HOLLINS, RAYBIN AND WEISSMAN P.C.
Suite 2200, Fifth Third Center
424 Church Street
Nashville, TN 37219
(615) 256-6666

 /s/ Jacqueline B. Dixon
JACQUELINE B. DIXON (TN BPR #012054)
WEATHERLY, MCNALLY AND DIXON, P.L.C.
Suite 2260
424 Church Street
Nashville, TN 37219
(615) 986-3377

**OF COUNSEL FOR PLAINTIFFS**:

RICHARD B. FIELDS (TN BPR #4744)
688 Jefferson Avenue
Memphis, TN 38105
(901) 578-7709

ROBERT LOUIS HUTTON (TN BPR #15496)
Glankler Brown, PLLC
Suite 1700, One Commerce Square
Memphis, TN 38103
(901) 525-1322

WADE V. DAVIES (TN BPR #016052)
Ritchie, Dillard and Davies

606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661

**ATTORNEYS FOR DEFENDANTS:**

 /s/ Martha A. Campbell
MARTHA A. CAMPBELL (TN BPR #014022)
Deputy Attorney General
General Civil Division
P.O. Box 20207
Nashville, TN 37243
(615) 741-6420

 /s/ Jonathan P. Lakey
JONATHAN P. LAKEY (TN BPR #16788)
PIETRANGELO COOK, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
(901) 685-2662