*Technical Assistance Committee*
*Office of the Brian A. Monitor*
*C/o Department of Children's Services*
*Cordell Hull Building, Ninth Floor*
*Nashville, TN 37243*
*615-532-5034*

April 10, 2013

Hon. Todd J. Campbell
Federal District Court for the Middle District of Tennessee
Federal Building
Nashville, TN 37203

Re: Brian A. v. Haslam, Civ. Act. No. 3:00-0445

Dear Judge Campbell:

I am writing this letter at the suggestion of the parties to seek your guidance on a matter related to the Status Conference set for April 29, 2013 at 11:00 a.m.

The Technical Assistance Committee completed its evaluation of TFACTS and a report setting forth the results of that evaluation has been provided to the parties and filed with the Court. The Technical Assistance Committee has also been actively involved in the Department's development, with input from the Plaintiffs, of a revised child death review process and anticipates that this process will be finalized in advance of the April 29, 2013 Status Conference.

Technical Assistance Committee member Judith Meltzer and I are planning to attend the Status Conference and to be available to participate in whatever manner the Court deems appropriate. However, John Ducoff, who chaired the TFACTS evaluation team, is a planner of and key presenter at an international conference for which the opening day is April 29. This international conference had been scheduled long in advance of the setting of the date for the Status Conference, and because Mr. Ducoff has a lead role, he cannot be present in Court on April 29.

The Plaintiffs have indicated to the TAC that they would prefer that the Status Conference be held at a time when Mr. Ducoff could attend and the Defendants have indicated that they are not opposed to rescheduling if the Court agrees. If the Court would like Mr. Ducoff to participate, we would respectfully ask the Court to reschedule the Status Conference to allow Mr. Ducoff to attend.

I also wanted to inquire whether the Court would find it helpful, either as part of the Status Conference or as a separately scheduled matter, to have the experience of logging on to TFACTS and navigating through the various case file screens. The TAC included in its report an appendix with screen shots of relevant TFACTS case file screens; however, if the Court would

like the opportunity to view and interact with the system directly, we would be happy to arrange that.

Thank you for your understanding and guidance.

Yours truly,

Andy Shookhoff
Chair, Technical Assistance Committee


cc. Ira Lustbader, Counsel for Plaintiffs
    Martha Campbell, Counsel for Defendants

Andy Shookhoff
Technical Assistance Committee
Office of the Brian A. Monitor
Ninth Floor
Cordell Hull Building
Nashville, TN 37243

Hon. Todd J. Campbell
Federal District Court for the Middle District of Tennessee
Federal Building
Nashville, TN 37203