# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRIAN A., et al., </br></br> Plaintiffs, </br></br> v. </br></br> BILL HASLAM, et al., </br></br> Defendants. | Civ. Act. No. 3:00-0445 </br> Judge Todd J. Campbell </br> Magistrate Judge Joe B. Brown |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

By order dated April 11, 2013, the Court rescheduled the status conference originally scheduled for April 29, 2013 to May 14, 2013. (Dkt. No. 486.) The parties jointly request that this status conference be rescheduled for May 9 or 10, 2013, if convenient for the Court. These dates will allow for appearance by the TAC, Mr. Ducoff, high-ranking DCS officials, and counsel for the parties.

**DATED**: April 12, 2013

**RESPECTFULLY SUBMITTED:**

**ATTORNEYS FOR PLAINTIFFS:**

 /s/ Ira Lustbader_____
MARCIA ROBINSON LOWRY (*pro hac vice*)
IRA LUSTBADER (*pro hac vice*)
MELISSA COHEN (*pro hac vice*)
CHILDREN'S RIGHTS, INC.
330 Seventh Avenue, 4th Floor
New York, NY 10001
(212) 683-2210

1

  /s/ David L. Raybin_____
DAVID L. RAYBIN (TN BPR #003385)
HOLLINS, RAYBIN AND WEISSMAN P.C.
Suite 2200, Fifth Third Center
424 Church Street
Nashville, TN 37219
(615) 256-6666

JACQUELINE B. DIXON (TN BPR #012054)
WEATHERLY, MCNALLY AND DIXON, P.L.C.
Suite 2260
424 Church Street
Nashville, TN 37219
(615) 986-3377

**OF COUNSEL FOR PLAINTIFFS**:

RICHARD B. FIELDS (TN BPR #4744)
688 Jefferson Avenue
Memphis, TN 38105
(901) 578-7709

ROBERT LOUIS HUTTON (TN BPR #15496)
Glankler Brown, PLLC
Suite 1700, One Commerce Square
Memphis, TN 38103
(901) 525-1322

WADE V. DAVIES (TN BPR #016052)
Ritchie, Dillard and Davies
606 W. Main Street, Suite 300
Knoxville, TN 37902
(865) 637-0661

**ATTORNEYS FOR DEFENDANTS:**

  /s/ Martha A. Campbell_____
MARTHA A. CAMPBELL (TN BPR #014022)
Deputy Attorney General
General Civil Division
P.O. Box 20207
Nashville, TN 37243
(615) 741-6420

/s/ Jonathan P. Lakey
JONATHAN P. LAKEY (TN BPR #16788)
PIETRANGELO COOK, PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38119
(901) 685-2662