# EXHIBIT 1

# MAINTENANCE YEAR

# STATUS REPORT

# OF

# THE TECHNICAL ASSISTANCE COMMITTEE

# IN THE CASE OF

# *BRIAN A. V. HASLAM*

**July 25, 2016**

## TECHNICAL ASSISTANCE COMMITTEE

Steven D. Cohen
Senior Fellow
Center for the Study of Social Policy
Washington, D.C.

Judith Meltzer
Deputy Director
Center for the Study of Social Policy
Washington, D.C.

Andy Shookhoff
Attorney
Nashville, TN

Paul Vincent
Director
Child Welfare Policy and Practice Group
Montgomery, AL

## TECHNICAL ASSISTANCE COMMITTEE STAFF

Michelle Crowley
Jamie McClanahan
Kelly Whitfield

## Table of Contents

Introduction..................................................................................................................1

Results of the 2015-16 Quality Service Review ........................................................3

Caseload and Supervisory Workload Data ................................................................5

Frequency of Case Manager Contacts with Children .................................................12

Resource Home Recruitment and Retention...............................................................19

Appendices

# INTRODUCTION

On April 11, 2016, the Court entered an order finding that the Department of Children's Services (DCS) had achieved maintenance on all provisions of the *Brian A.* v. Haslam Settlement Agreement as of December 31, 2015. Under the terms of the Settlement Agreement, the Department is required to sustain maintenance status on all provisions for 12 months before seeking exit from court jurisdiction (as set forth in Section XIX of the Settlement Agreement).

The TAC's next monitoring report is intended to cover the "Maintenance Year" and report on the extent to which the Department has sustained maintenance during calendar year 2016. That report is therefore not due until after December 31, 2016. However, the parties requested that the TAC issue this brief status update midway through the Maintenance Year, indicating whether the TAC's ongoing monitoring activities have identified any areas of concern and providing some updated reporting on a few key areas of interest.

In the six months that have passed since maintenance was achieved on all provisions in Sections II through XIII and XVI of the Settlement Agreement (as reflected in the April 11, 2016 order), the TAC has not found any basis for concern about the Department's performance in the areas that are key to sustaining maintenance. On the contrary, based on the range of ongoing monitoring activities that the TAC and TAC monitoring staff continue to be involved in, the TAC continues to be confident that the Department is maintaining the level of performance necessary to sustain "maintenance" and achieve exit from the lawsuit.

Over the past three months, the TAC and TAC monitoring staff have been working closely with the Department's quality assurance (QA) staff, collaborating in data gathering and analysis, and tracking performance using both qualitative and quantitative data. This not only ensures that the TAC will have the data it needs to report on Maintenance Year performance, but it also ensures that the Department's QA staff can assume some of the important QA functions that the TAC has served, functions that the Department intends to maintain for its own management purposes after exit from court jurisdiction.

As agreed to by the parties, during this Maintenance Year, the lead responsibility for these data gathering and analysis activities has increasingly shifted to the Department's QA staff, with the TAC and TAC monitoring staff serving in supporting roles. The TAC continues to be impressed with the ways in which the Department's approach to quality assurance has developed and matured and is confident in the Department's capacity to support any of the TAC QA activities that continue to be of value after exit from Court jurisdiction.

The TAC has also been working with the parties and the Chapin Hall Center for Children (which is serving as the external accountability reporting center under Section XIX.A of the Settlement Agreement) to develop an appropriate approach to public reporting under Section XIX.

Notwithstanding the TAC's focus on increased collaboration with DCS staff in data gathering and process monitoring and with both DCS and Chapin Hall on ensuring a smooth transition from TAC reporting to Accountability Center reporting, the TAC and TAC monitoring staff are

1

always sufficiently involved in data gathering activities to validate the monitoring data generated during the Maintenance Year and allow the TAC to rely on that data with confidence in its reporting. The TAC continues to conduct the range of ongoing validation activities related to TFACTS reporting and functionality described in the April 2016 Supplemental Report;[1] and the TAC continues to be involved in relevant case reviews, including the Quality Service Review (the annual qualitative assessment of the status of children in DCS custody and of system performance in core practice areas related to case planning and service provision).[2]

The remainder of this Status Update consists of brief presentations of current data in several key areas related to the sustainability of performance:

- the results of the 2015-16 Quality Service Review (QSR);
- updated data on case manager caseloads, case manager supervisor workloads, and Special Investigations Unit (SIU) and Child Protective Services (CPS) investigator caseloads;
- updated data on case manager face-to-face contacts with children; and
- the current number of resource homes and the analysis of resource parent exit survey data from the 2015 annual report.

The *Brian A.* population remains about the same as it was this time last year, with 6,929 *Brian A.* class members in custody as of June 27, 2016 compared to 6,905 *Brian A.* class members in custody as of June 29, 2015. During June 2016, 404 *Brian A.* children entered custody and 501 *Brian A.* children exited custody. Similarly during June 2015, exits exceeded entries into custody, with 316 *Brian A.* children entering custody and 402 *Brian A.* children exiting custody that month.

---

[1] All TFACTS data included in this report are from TFACTS reports that the TAC has validated and continues to validate through ongoing monitoring activities described in the April 2016 Supplement to the February 2016 Monitoring Report (pp 28-29).
[2] The TAC has continued to monitor the Quality Service Review (QSR) through active participation in a range of QSR related activity. In six of the 12 regional reviews for 2015-16, at least one TAC staff member or TAC consultant participated in the review. A TAC monitoring staff member also participated in QSR reviewer training, in the discussions that are a part of the reviewer certification process, in the regional QSR follow-up and strategic planning sessions, and in the QSR convening at the conclusion of the review year. That staff member also reviewed and provided feedback on QSR case stories as part of a continuous quality improvement (CQI) process designed to improve the quality of case story writing.

2

# I.  RESULTS OF THE 2015-16 QUALITY SERVICE REVIEW (QSR)

As reflected in the table on the next page, the Department has continued to maintain a level of performance as measured by the 2015-16 QSR that is consistent with a reasonably well-performing child welfare system.  The references included in parentheses are to those sections of the Settlement Agreement for which the TAC has considered the specific QSR indicator to be a relevant factor in evaluating performance.[3]

---

[3]As discussed in previous monitoring reports, in considering the Department's performance on these specific QSR indicators, the TAC recognizes that the QSR protocol generally encompasses a broader range of factors and embraces a more demanding standard of practice than the specific requirements of the Settlement Agreement.

3

| Table 1: Percentage of Acceptable QSR Cases | | | |
|---|---|---|---|
| **QSR Indicator** | **2013-14** | **2014-15** | **2015-16** |
| **Child and Family Indicators** | | | |
| Safety (VI.A; VI.H) | 99% | 97% | 98% |
| Stability | 80% | 89% | 87% |
| Appropriateness of Placement (VI.A; VI.B; VI.G; VII.J) | 97% | 99% | 99% |
| Health/Physical Well-being (VI.B) | 98% | 100% | 100% |
| Emotional/Behavioral Well-being (IV.B; VI.B) | 92% | 92% | 89% |
| Learning and Development (VI.C) | 90% | 91% | 90% |
| Caregiver Functioning | 98% | 98% | 98% |
| Family Functioning & Resourcefulness | 48% | 46% | 44% |
| Family Connections (XVI.B) | 64% | 78% | 71% |
| Voice and Choice of the Child and Family (VI.H; VII.B) | 72% | 79% | 80% |
| Prospects for Permanence | 47% | 55% | 47% |
| **System Performance Indicators** | | | |
| Engagement (VII.B) | 78% | 86% | 91% |
| Teamwork and Coordination (VII.B) | 73% | 82% | 85% |
| Ongoing Assessment Process (VI.B) | 60% | 74% | 80% |
| Long Term View | 45% | 55% | 54% |
| Child and Family Planning Process (VII.D; VII.J) | 65% | 75% | 76% |
| Plan Implementation (VII.D.; VII.J) | 63% | 78% | 72% |
| Tracking and Adjustment (VII.D; VII.J) | 70% | 83% | 84% |
| Informal and Community Supports (VII.D; VII.J) | 63% | 76% | 73% |
| Caregiver Supports (IV.B, VI.A) | 95% | 96% | 95% |
| Successful Transitions (IV.B) | 68% | 74% | 79% |

Source: QSR Databases.

The 2015-16 QSR results by region are attached as Appendix A.

## II. CASELOAD AND SUPERVISORY WORKLOAD DATA

The Settlement Agreement (V.J) provides that any DCS case manager responsible for the case of at least one class member have case responsibility for no more than:

- 15 individual children in DCS custody if the case manager is a case manager 1;
- 20 individual children in DCS custody if the case manager is a case manager 2 or 3 without any supervisory responsibility; and
- 10 individual children in DCS custody if the case manager 3 supervises one or two lower-level case managers.

The Settlement Agreement (V.K) provides that a case manager 4 (team leader) or team coordinator supervise up to five lower-level case managers, and a case manager 3 supervise up to four lower-level case managers. In addition, V.K requires that a case manager 4 (team leader) or team coordinator not carry any caseload.

The Department continues to maintain caseloads and supervisory workloads at levels that meet these Settlement Agreement requirements.

Table 2 presents the percentages, both statewide and by region, of case managers carrying at least one *Brian A.* case whose caseload was within the caseload limit established by the Settlement Agreement. All caseload and supervisory workload data is based on TFACTS reporting that the TAC monitoring staff have validated and continue to review and spot check.

5

| Table 2: Case Managers Carrying at Least One *Brian A.* Case, Percentage Meeting Caseload Requirements as of the Last Day of Each Month | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Region** | **Jul-15** | **Aug-15** | **Sep-15** | **Oct-15** | **Nov-15** | **Dec-15** | **Jan-16** | **Feb-16** | **Mar-16** | **Apr-16** |
| Davidson | 100% | 100% | 100% | 100% | 100% | 100% | 97% | 100% | 97% | 95% |
| East | 97% | 100% | 97% | 97% | 94% | 91% | 97% | 100% | 100% | 97% |
| Knox | 98% | 100% | 98% | 100% | 98% | 100% | 100% | 100% | 100% | 100% |
| Mid-Cumberland | 93% | 87% | 88% | 89% | 93% | 98% | 96% | 94% | 96% | 96% |
| Northeast | 96% | 90% | 92% | 98% | 94% | 91% | 94% | 96% | 100% | 100% |
| Northwest | 87% | 84% | 88% | 91% | 86% | 92% | 94% | 96% | 94% | 94% |
| Shelby | 98% | 100% | 95% | 95% | 90% | 90% | 93% | 95% | 95% | 93% |
| Smoky Mountain | 96% | 96% | 100% | 98% | 98% | 98% | 98% | 96% | 98% | 93% |
| South Central | 100% | 100% | 100% | 97% | 97% | 97% | 97% | 97% | 90% | 94% |
| Southwest | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 96% |
| Tennessee Valley | 96% | 93% | 96% | 98% | 98% | 96% | 93% | 94% | 96% | 94% |
| Upper Cumberland | 89% | 83% | 83% | 92% | 91% | 94% | 89% | 90% | 90% | 91% |
| **Statewide** | **96%** (n=506) | **94%** (n=512) | **94%** (n=517) | **96%** (n=507) | **94%** (n=501) | **96%** (n=518) | **96%** (n=513) | **96%** (n=525) | **96%** (n=523) | **95%** (n=531) |

Source: TFACTS Caseload Summary Reports for July 2015 through April 2016.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 10 of 46 PageID #: 15654

Figure 1 presents the percentage of case managers whose caseloads fell within each category (0-15 cases, 16-20 cases, 21-25 cases, and more than 25 cases), as of April 30, 2016.



**Figure 1: Percentage of Case Managers Carrying at Least One *Brian A.* Case by Caseload Size as of April 30, 2016, by Region**

Source: TFACTS *Brian A.* Caseload Threshold Compliance Report as of April 30, 2016.

As of April 30, 2016, the breakdown of compliance with the *Brian A.* caseload standards by case manager position is as follows:

- Case Manager 1: 90% (89/99);
- Case Manager 2: 98% (372/379);
- Case Manager 3: 96% (43/45); and
- Team Leader: 0% (0/8)—eight team leaders appear on the report as having a small number of cases assigned, but these assignments reflect the assignment process in TFACTS, whereby the case is briefly assigned to the team leader's tree in the process of

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 11 of 46 PageID #: 15655

transferring it to the case manager, and are not actual assignments to the team leader to work the case.[4]

---

[4] For this reason, at any given time a small number of cases may appear on TFACTS caseload reports as assigned to the team leader. For the caseload reporting presented in previous monitoring reports, TAC monitoring staff followed up on these instances, determined that in each case they were simply an artifact of the process by which the case was transferred to a case manager, and corrected the aggregate reporting to reflect the results of this follow-up. For monitoring and reporting during the Maintenance Year, the TAC monitoring staff have dispensed with any follow-up on team leaders with an assigned case from the caseload reports because, even though those cases are now counted as non-compliant, the impact that correction of the aggregate reporting would have on the total compliance percentages would be minimal.

Table 3 below shows the percentage of teams in each region that were in compliance with the supervisory workloads, based on the TFACTS Supervisory Caseload Compliance Summaries.

| Table 3:  Percentage of Supervisory Workloads Meeting Settlement Agreement Requirements for All Teams with at Least One *Brian A.* Case | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Jul-15** | **Aug-15** | **Sep-15** | **Oct-15** | **Nov-15** | **Dec-15** | **Jan-16** | **Feb-16** | **Mar-16** | **Apr-16** |
| Davidson | 89% | 80% | 100% | 90% | 89% | 88% | 90% | 90% | 100% | 100% |
| East | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Knox | 100% | 100% | 93% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Mid-Cumberland | 88% | 93% | 94% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Northeast | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Northwest | 88% | 82% | 92% | 92% | 100% | 92% | 92% | 90% | 90% | 90% |
| Shelby | 94% | 95% | 95% | 90% | 90% | 95% | 90% | 95% | 100% | 100% |
| Smoky Mountain | 100% | 100% | 92% | 92% | 100% | 100% | 100% | 100% | 93% | 93% |
| South Central | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Southwest | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Tennessee Valley | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Upper Cumberland | 92% | 100% | 100% | 92% | 100% | 100% | 100% | 93% | 92% | 93% |
| **Statewide** | **96% (n=150)** | **96% (n=155)** | **97% (n=157)** | **96% (n=155)** | **98% (n=155)** | **98% (n=154)** | **97% (n=159)** | **97% (n=159)** | **98% (n=157)** | **98% (n=159)** |

Source: TFACTS Supervisory Caseload Compliance Summaries as of the end of each month, July 2015 through April 2016.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 13 of 46 PageID #: 15657

As discussed in the July 2015 Monitoring Report, the Department seeks to maintain investigations staffing at a level that allows investigators to carry no more than approximately 24 cases (including newly assigned investigations) at one time.

As reflected in the figure below, Special Investigations Unit (SIU) caseloads have remained at a level well within the Department's goal during the first few months of 2016.



Source: TFACTS CPS Activity Management Reports, April 2015 through May 2016.

Figure 3 presents investigator and assessment caseloads for the period from April 2015 through May 2016.



**Figure 3: Number of Case Managers Assigned at Least One Investigation or Assessment Case by Total Caseload Size**

Source: TFACTS CPS Activity Management Reports, April 2015 through May 2016.

### III. FREQUENCY OF CASE MANAGER CONTACTS WITH CHILDREN

For a child in a DCS resource home, the Settlement Agreement (VI.H.1) requires that the DCS case manager assigned to the case have a minimum of six visits with the child in the first two months after a child's entrance into custody and two visits per month thereafter (at least one of which must take place at the child's placement).

For a child in a private provider resource home or facility, the Settlement Agreement (VI.H.2) requires that the private provider case manager assigned to the case have a minimum of six visits with the child in the first two months after a child's entrance into custody and two visits per month thereafter; in addition, the DCS case manager in these cases is to visit the child at least once a month.

As is reflected in the data presented below,[5] children in DCS custody continue to receive face-to-face contacts with sufficient frequency to meet the requirements of the Settlement Agreement.

### A. Face-to-Face Contacts by Any Case Manager

Figure 4 below presents for each month during calendar year 2015 and the first quarter of 2016, the percentage of children in the plaintiff class who received no face-to-face contact by a case manager, one face-to-face contact by a case manager, or two or more face-to-face contacts by a case manager. This figure counts any contact by any case manager (private provider or DCS) irrespective of whether the case management was provided by DCS or a private provider.

---

[5] The data presented in Subsections A through E below is from the face-to-face reporting that DCS regularly generates for its own management purposes. For reasons set forth in Appendix B, the TAC finds it appropriate to rely on those reports for ongoing monitoring and reporting. The Department does not produce a report specifically focused on face-to-face visits during the first two months that a child is in care, other than the report that it runs specifically for the TAC, and that report is the source of the data presented in Subsection F.



**Figure 4: Percentage of Children Receiving No, One, or Two or More Contacts, by Any Case Manager, January 2015 through March 2016**

Source: TFACTS *Brian A.* DCS & PP Face-to-Face Visits, Two Months Back Report, January 2015 through March 2016.

## B. Face-to-Face Contacts by DCS Case Managers with Children in DCS Placements

Figure 5 below presents for each month during calendar year 2015 and the first quarter of 2016, the percentage of children in the plaintiff class placed in DCS placements who received no face-to-face contact by a DCS case manager, one face-to-face contact by a DCS case manager, or two or more face-to-face contacts by a DCS case manager.



Source: TFACTS *Brian A*. DCS & PP Face-to-Face Visits, Two Months Back Report, January 2015 through March 2016.

## C. Face-to-Face Contacts by Private Provider Case Managers with Children in Private Provider Placements

Figure 6 below presents for each month during calendar year 2015 and the first quarter of 2016, the percentage of children in the plaintiff class placed in private provider placements who received no face-to-face contact by a private provider case manager, one face-to-face contact by a private provider case manager, or two or more face-to-face contacts by a private provider case manager.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 18 of 46 PageID #: 15662



Figure 6: Percentage of Children Placed in a Private Provider Placement Receiving No, One, or Two or More Contacts by a Private Provider Case Manager, January 2015 through March 2016

Source: TFACTS *Brian A.* DCS & PP Face-to-Face Visits, Two Months Back Report, January 2015 through March 2016.

## D. Contact by DCS Case Managers with Children in Private Provider Placements

The Settlement Agreement requires that *"all children in the plaintiff class shall receive visits from the DCS case manager responsible for their case, whether the child is placed through a program directly run by DCS or through a private provider."*

Figure 7 below presents for each month during calendar year 2015 and the first quarter of 2016, the percentage of children in the plaintiff class placed in private provider placements who received one or more face-to-face contacts by a DCS case manager. As the figure reflects, the percentages during calendar year 2015 and first quarter of 2016 ranged from 93% to 97%.



Figure 7: Percentage of Children Placed in a Private Provider Placement Receiving a Face-to-Face Contact by a DCS Case Manager, January 2015 through March 2016

Source: TFACTS *Brian A*. DCS & PP Face-to-Face Visits, Two Months Back Report, January 2015 through March 2016.

## E. Percentage of Children Receiving at Least One Monthly Face-to-Face Visit in the Child's Placement

Figure 8 below reflects the percentage of children who received a monthly face-to-face contact by a private provider case manager or a DCS case manager in the child's placement. The monthly percentages ranged from 82% to 87%.



Figure 8: Percentage of Children Receiving a Face-to-Face Contact by Any Case Manager in Placement, Calendar Year 2015 and First Quarter 2016

Source: TFACTS *Brian A*. DCS & PP Face-to-Face Visits, Two Months Back Report, January 2015 through March 2016.

16

**F. Percentage of Children Receiving Six Face-to-Face Contacts During the First Two Months in DCS Custody**

The TAC worked with the DCS Office of Information Technology to produce one report for calendar year 2015 and the first quarter of 2016 that captures face-to-face case manager contact for any child who entered care during that time period and who remained in care for at least 60 days. The report counts the number of face-to-face contact days by any case manager in the first 60 days of the child's custodial episode. The report presents the number of case manager face-to-face contacts for each child, organized by the following categories: children who received face-to-face contacts on six or more days; children who received contacts on four or five days; and children who received contacts on three or fewer days.[6]

As reflected in Table 4 below, of the children who entered custody in calendar year 2015 and the first quarter of 2016, 73% received face-to-face contacts on six or more days during their first 60 days in care; another 22% received such contacts on four or five days, and 5% received such contacts on three or fewer days.

---

[6] The report makes no distinction between children who were in a single placement for the entire period or were in multiple placements during that time. It pulls face-to-face contacts by any case manager regardless of whether it was a DCS or private provider case manager. If a child was in a DCS placement for the first 30 days and then moved to a private provider placement for the next 30 days, the contacts by the DCS case manager would be counted for the first 30 days and the contacts by the private provider case manager would be counted for the next 30 days.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 21 of 46 PageID #: 15665

| Region | Number of Children Requiring a Visit | 6+ Contacts | 6+ Contacts % | 4-5 Contacts | 4-5 Contacts % | 3 or Fewer Contacts | 3 or Fewer Contacts % |
|---|---|---|---|---|---|---|---|
| **Table 4: Children Receiving Six or More, Four to Five, or Three or Fewer Days of Face-to-Face Contacts Within the First 60 Days of Custody, January 2015 through March 2016** | | | | | | | |
| Davidson | 330 | 232 | 70% | 70 | 21% | 28 | 9% |
| East | 397 | 285 | 72% | 103 | 26% | 9 | 2% |
| Knox | 525 | 440 | 84% | 73 | 14% | 12 | 2% |
| Mid-Cumberland | 627 | 438 | 70% | 160 | 25% | 29 | 5% |
| Northeast | 449 | 339 | 76% | 92 | 20% | 18 | 4% |
| Northwest | 392 | 319 | 82% | 68 | 17% | 5 | 1% |
| Shelby | 519 | 412 | 79% | 71 | 14% | 36 | 7% |
| Smoky Mountain | 542 | 420 | 77% | 96 | 18% | 26 | 5% |
| South Central | 410 | 256 | 62% | 133 | 32% | 21 | 5% |
| Southwest | 206 | 155 | 75% | 50 | 24% | 1 | 1% |
| Tennessee Valley | 465 | 354 | 76% | 95 | 20% | 16 | 4% |
| Upper Cumberland | 626 | 363 | 58% | 219 | 35% | 44 | 7% |
| **Statewide** | **5,488** | **4,013** | **73%** | **1,230** | **22%** | **245** | **5%** |

Source: TFACTS 6 in 60 Face-to-Face Based on Contacts Dates, January 2015 through March 2016.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 22 of 46 PageID #: 15666

## IV. RESOURCE HOME RECRUITMENT AND RETENTION

Figure 9 shows for the period from June 2012 through June 2016 (in six month intervals) the number of fully approved DCS resource homes (segment shaded blue), the number of kinship resource homes that only have an expedited approval (segment shaded red), and the number of private provider resource homes (segment shaded green). There were a total of 4,747 homes as of June 7, 2016 as compared to 4,716 on June 3, 2015, and 4,816 on June 4, 2014.



Source: TFACTS Resource Home Mega Reports: June 24,2012; December 26,2012; June 24, 2013; December 17, 2013; June 4, 2014; December 23, 2014; June 3, 2015; December 1, 2015; June 7, 2016.

As reflected in the most recent annual report, during the period from March through December 2015,[7] 668 resource families voluntarily closed their homes. DCS staff interviewed and collected survey data for 422 exiting resource parents or 63.2% of those who voluntarily closed their homes.[8] The results of the 2015 surveys were comparable to prior survey results.

Of those responding for the 2015 survey, 45.7% closed after adopting the children placed in their homes; 23.9% closed after a change in family circumstances; and 13.0% closed after the children placed in the home were reunified with parents or relative caregivers. Only 9.6% of resource

---

[7] In consultation with the TAC, the Department revised the exit survey protocol and implemented the new survey in March 2015. The Department appropriately excluded data from January and February, so that all data in the annual report was based on the revised survey.

[8] The Department's approach to contacting exiting resource parents continues to result in response rates far exceeding those achieved by earlier approaches, including approaches taken by or recommended by the TAC in the past.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 23 of 46 PageID #: 15667

parents surveyed indicated that they closed their home because they were dissatisfied with DCS support or policies—down from 14% in the previous year.

In response to the question "I would rate my experience with the Department as," 31% of the resource parents surveyed rated their experience as excellent, 43% rated it as good, 19% rated it as fair, and 7% rated it as unacceptable.

The figures below reflect these findings:



**Figure 10: What is the Primary Reason You Decided to Stop Serving as a Foster Parent?**

Source: Resource Parent Exit Survey Annual Report for 2015.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 24 of 46 PageID #: 15668



**Figure 11: I Would Rate My Experience With the State of Tennessee's Department of Children's Services as:**

| | | | |
|---|---|---|---|
| ■ Excellent | ■ Good | ■ Fair | ■ Unacceptable |

Source: 2015 Foster Parent Exit Survey Annual Report

**APPENDIX A**

**RESULTS OF 2015-16 QUALITY SERVICE REVIEW BY REGION**

1



**Child and Family Indicators**
**Davidson**

| Indicator | 2015-16 |
|---|---|
| Safety | 93% |
| Stability | 87% |
| Appropriateness of Placement | 93% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 93% |
| Learning and Development | 87% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 60% |
| Family Connections | 73% |
| Voice and Choice for the Child and Family | 100% |
| Prospects for Permanence | 60% |



**System Performance Indicators**
**Davidson**

| Indicator | 2015-16 |
|---|---|
| Engagement | 93% |
| Teamwork and Coordination | 93% |
| Ongoing Assessment Process | 87% |
| Long Term View | 53% |
| Child and Family Planning Process | 93% |
| Plan Implementation | 87% |
| Tracking and Adjustment | 87% |
| Informal and Community Supports | 80% |
| Caregiver Supports | 100% |
| Successful Transitions | 75% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.

2



**Child and Family Indicators
East**

| Indicator | 2015-16 |
|---|---|
| Safety | 100% |
| Stability | 100% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 100% |
| Learning and Development | 100% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 36% |
| Family Connections | 58% |
| Voice and Choice for the Child and Family | 69% |
| Prospects for Permanence | 50% |

Legend: ■ 2015-16  ■ 2014-15  ■ 2013-14



**System Performance Indicators
East**

| Indicator | 2015-16 |
|---|---|
| Engagement | 100% |
| Teamwork and Coordination | 88% |
| Ongoing Assessment Process | 75% |
| Long Term View | 69% |
| Child and Family Planning Process | 81% |
| Plan Implementation | 75% |
| Tracking and Adjustment | 81% |
| Informal and Community Supports | 88% |
| Caregiver Supports | 100% |
| Successful Transitions | 80% |

Legend: ■ 2015-16  ■ 2014-15  ■ 2013-14

Source:  QSR Databases.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 28 of 46 PageID #: 15672



**Child and Family Indicators**
**Knox**

| Indicator | 2015-16 |
|---|---|
| Safety | 94% |
| Stability | 78% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 94% |
| Emotional/Behavioral Well-being | 100% |
| Learning and Development | 94% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 64% |
| Family Connections | 100% |
| Voice and Choice for the Child and Family | 88% |
| Prospects for Permanence | 72% |

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators**
**Knox**

| Indicator | 2015-16 |
|---|---|
| Engagement | 82% |
| Teamwork and Coordination | 89% |
| Ongoing Assessment Process | 100% |
| Long Term View | 61% |
| Child and Family Planning Process | 89% |
| Plan Implementation | 89% |
| Tracking and Adjustment | 83% |
| Informal and Community Supports | 78% |
| Caregiver Supports | 93% |
| Successful Transitions | 91% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.



**Child and Family Indicators**
**Mid-Cumberland**

| Indicator | 2015-16 |
|---|---|
| Safety | 94% |
| Stability | 76% |
| Appropriateness of Placement | 94% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 94% |
| Learning and Development | 88% |
| Caregiver Functioning | 92% |
| Family Functioning & Resourcefulness | 50% |
| Family Connections | 64% |
| Voice and Choice for the Child and Family | 94% |
| Prospects for Permanence | 59% |

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators**
**Mid-Cumberland**

| Indicator | 2015-16 |
|---|---|
| Engagement | 94% |
| Teamwork and Coordination | 82% |
| Ongoing Assessment Process | 71% |
| Long Term View | 59% |
| Child and Family Planning Process | 82% |
| Plan Implementation | 71% |
| Tracking and Adjustment | 76% |
| Informal and Community Supports | 65% |
| Caregiver Supports | 85% |
| Successful Transitions | 63% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.

5



**Child and Family Indicators
Northeast**

Safety — 100%
Stability — 61%
Appropriateness of Placement — 100%
Health/Physical Well-being — 100%
Emotional/Behavioral Well-being — 82%
Learning and Development — 83%
Caregiver Functioning — 100%
Family Functioning & Resourcefulness — 23%
Family Connections — 67%
Voice and Choice for the Child and Family — 63%
Prospects for Permanence — 22%

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators
Northeast**

Engagement — 94%
Teamwork and Coordination — 83%
Ongoing Assessment Process — 83%
Long Term View — 39%
Child and Family Planning Process — 72%
Plan Implementation — 78%
Tracking and Adjustment — 83%
Informal and Community Supports — 67%
Caregiver Supports — 94%
Successful Transitions — 43%

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.



**Child and Family Indicators Northwest**

| Indicator | 2015-16 |
|---|---|
| Safety | 100% |
| Stability | 94% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 82% |
| Learning and Development | 88% |
| Caregiver Functioning | 93% |
| Family Functioning & Resourcefulness | 25% |
| Family Connections | 62% |
| Voice and Choice for the Child and Family | 88% |
| Prospects for Permanence | 53% |

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators Northwest**

| Indicator | 2015-16 |
|---|---|
| Engagement | 94% |
| Teamwork and Coordination | 82% |
| Ongoing Assessment Process | 65% |
| Long Term View | 47% |
| Child and Family Planning Process | 59% |
| Plan Implementation | 59% |
| Tracking and Adjustment | 82% |
| Informal and Community Supports | 88% |
| Caregiver Supports | 100% |
| Successful Transitions | 100% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.

Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 32 of 46 PageID #: 15676



**Child and Family Indicators
South Central**

| Indicator | 2015-16 |
|---|---|
| Safety | 94% |
| Stability | 88% |
| Appropriateness of Placement | 94% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 80% |
| Learning and Development | 76% |
| Caregiver Functioning | 93% |
| Family Functioning & Resourcefulness | 38% |
| Family Connections | 64% |
| Voice and Choice for the Child and Family | 76% |
| Prospects for Permanence | 35% |

Legend: ■ 2015-16 ■ 2014-15 ■ 2013-14



**System Performance Indicators
South Central**

| Indicator | 2015-16 |
|---|---|
| Engagement | 82% |
| Teamwork and Coordination | 71% |
| Ongoing Assessment Process | 88% |
| Long Term View | 35% |
| Child and Family Planning Process | 82% |
| Plan Implementation | 71% |
| Tracking and Adjustment | 82% |
| Informal and Community Supports | 65% |
| Caregiver Supports | 93% |
| Successful Transitions | 80% |

Legend: ■ 2015-16 ■ 2014-15 ■ 2013-14

Source: QSR Databases.



**Child and Family Indicators**
**Shelby**

Safety — 93%
Stability — 100%
Appropriateness of Placement — 100%
Health/Physical Well-being — 100%
Emotional/Behavioral Well-being — 77%
Learning and Development — 73%
Caregiver Functioning — 93%
Family Functioning & Resourcefulness — 46%
Family Connections — 73%
Voice and Choice for the Child and Family — 80%
Prospects for Permanence — 47%

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators**
**Shelby**

Engagement — 87%
Teamwork and Coordination — 73%
Ongoing Assessment Process — 67%
Long Term View — 47%
Child and Family Planning Process — 60%
Plan Implementation — 47%
Tracking and Adjustment — 73%
Informal and Community Supports — 73%
Caregiver Supports — 100%
Successful Transitions — 33%

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.



**Child and Family Indicators**
**Smoky Mountain**

| Indicator | 2015-16 |
|---|---|
| Safety | 100% |
| Stability | 100% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 88% |
| Learning and Development | 94% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 36% |
| Family Connections | 85% |
| Voice and Choice for the Child and Family | 67% |
| Prospects for Permanence | 50% |

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators**
**Smoky Mountain**

| Indicator | 2015-16 |
|---|---|
| Engagement | 89% |
| Teamwork and Coordination | 78% |
| Ongoing Assessment Process | 72% |
| Long Term View | 61% |
| Child and Family Planning Process | 61% |
| Plan Implementation | 50% |
| Tracking and Adjustment | 83% |
| Informal and Community Supports | 72% |
| Caregiver Supports | 100% |
| Successful Transitions | 100% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.



**Child and Family Indicators
Southwest**

| Indicator | 2015-16 |
|---|---|
| Safety | 100% |
| Stability | 94% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 88% |
| Learning and Development | 100% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 50% |
| Family Connections | 67% |
| Voice and Choice for the Child and Family | 75% |
| Prospects for Permanence | 31% |

Legend: ■ 2015-16 ■ 2014-15 ■ 2013-14



**System Performance Indicators
Southwest**

| Indicator | 2015-16 |
|---|---|
| Engagement | 88% |
| Teamwork and Coordination | 94% |
| Ongoing Assessment Process | 88% |
| Long Term View | 50% |
| Child and Family Planning Process | 81% |
| Plan Implementation | 94% |
| Tracking and Adjustment | 81% |
| Informal and Community Supports | 69% |
| Caregiver Supports | 92% |
| Successful Transitions | 67% |

Legend: ■ 2015-16 ■ 2014-15 ■ 2013-14

Source: QSR Databases.



**Child and Family Indicators
Tennessee Valley**

| Indicator | 2015-16 |
|---|---|
| Safety | 100% |
| Stability | 76% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 85% |
| Learning and Development | 94% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 57% |
| Family Connections | 71% |
| Voice and Choice for the Child and Family | 71% |
| Prospects for Permanence | 47% |

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators
Tennessee Valley**

| Indicator | 2015-16 |
|---|---|
| Engagement | 82% |
| Teamwork and Coordination | 82% |
| Ongoing Assessment Process | 59% |
| Long Term View | 53% |
| Child and Family Planning Process | 65% |
| Plan Implementation | 53% |
| Tracking and Adjustment | 88% |
| Informal and Community Supports | 71% |
| Caregiver Supports | 87% |
| Successful Transitions | 100% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Databases.



**Child and Family Indicators
Upper Cumberland**

| Indicator | 2015-16 |
|---|---|
| Safety | 100% |
| Stability | 94% |
| Appropriateness of Placement | 100% |
| Health/Physical Well-being | 100% |
| Emotional/Behavioral Well-being | 93% |
| Learning and Development | 94% |
| Caregiver Functioning | 100% |
| Family Functioning & Resourcefulness | 44% |
| Family Connections | 67% |
| Voice and Choice for the Child and Family | 89% |
| Prospects for Permanence | 39% |

Legend: 2015-16, 2014-15, 2013-14



**System Performance Indicators
Upper Cumberland**

| Indicator | 2015-16 |
|---|---|
| Engagement | 100% |
| Teamwork and Coordination | 100% |
| Ongoing Assessment Process | 100% |
| Long Term View | 72% |
| Child and Family Planning Process | 89% |
| Plan Implementation | 94% |
| Tracking and Adjustment | 100% |
| Informal and Community Supports | 61% |
| Caregiver Supports | 92% |
| Successful Transitions | 82% |

Legend: 2015-16, 2014-15, 2013-14

Source: QSR Database.

13

**APPENDIX B**

**TAC Validation of the Reliability of the DCS Face-to-Face Report as an Appropriate Source for Ongoing Monitoring of the Frequency of Face-to-Face Contacts**

The TAC has interpreted the Settlement Agreement as requiring that a child have a face-to-face contact on at least two different days during a given month (or on at least six different days during the first two months in care). The TAC has therefore historically used TFACTS face-to-face data specially developed and specially run for the TAC by the DCS Office of Information Technology (OIT) that counts the number of days on which visits occurred rather than simply counting the number of visits that are documented in TFACTS.

The Department, for a range of internal management purposes, including ensuring the frequency of face-to-face contacts, uses a face-to-face data set that counts the number of face-to-face visits, rather than the number of days on which at least one visit took place. The TAC's decision to have OIT run a special report was based on a concern that the Department's report could overstate compliance, because it includes multiple visits that occurred on a given day in calculating the compliance percentage.

The TAC has recently completed an analysis comparing the compliance percentages achieved using the Department's reporting approach to that used by the TAC. The table below compares the TAC and DCS method for the first month of each quarter between January 2015 and January 2016. As that data reflects, the actual difference between the performance data calculated using the Department's data set and the performance using the TAC's specially run data set is negligible. For that reason, the TAC has decided that it is a much better use of time and resources to rely on the regularly produced face-to-face data set used by the Department.[9]

---

[9] Because the Department does not regularly produce a report on the number of visits in the first two months that a child is in custody, other than the report that DCS runs for the TAC, the TAC continues to rely on that report for reporting on the requirement that a case manager have six face-to-face visits with a child during the first two months that the child is in care.

| Comparison of DCS and TAC Face-to-Face Reporting, Percentage of Children Receiving No, One, or Two or More Days of Contact, by Any Case Manager, First Month of Each Quarter, January 2015 through January 2016 | | | | |
|---|---|---|---|---|
| | | **Percentage of Children with Zero Contacts** | **Percentage of Children with One Contact** | **Percentage of Children with Two or More Contacts** |
| January 2015 | DCS | 3% | 11% | 86% |
| | TAC | 3% | 12% | 85% |
| | | | | |
| April 2015 | DCS | 3% | 10% | 87% |
| | TAC | 3% | 11% | 86% |
| | | | | |
| July 2015 | DCS | 2% | 9% | 89% |
| | TAC | 2% | 10% | 88% |
| | | | | |
| October 2015 | DCS | 2% | 10% | 88% |
| | TAC | 2% | 11% | 87% |
| | | | | |
| January 2016 | DCS | 1% | 9% | 90% |
| | TAC | 1% | 10% | 89% |

Source:  TFACTS *Brian A.* DCS & PP Face-to-Face Visits, Two Months Back Report, January 2015 through March 2016.

APPENDIX C

**2015 Foster Parent Exit Survey Annual Report**

## I. Introduction

Because resource parents play a fundamental role in the child welfare system, recruiting and retaining appropriate resources families remains a priority for the Department of Children's Services. In an effort to ensure retention of resource parents, DCS conducts exit interviews of resource families that have voluntarily closed their homes. These interviews seek to identify why those families decided to stop serving as resource parents and pinpoint opportunities for improvement. In 2014, the Department developed and implemented an enhanced survey and delivery protocol in order to engage a higher percentage of exiting families and to collect the information most valuable for identifying opportunities for improvement of policy and practice. This report updates the 2014 exit survey annual report with results from March-December, 2015.

During the March-December period, 668 resource families voluntarily closed their homes. DCS staff were able to interview and collect survey data on 422 exiting resource parents or 63.2% of those who voluntarily closed their homes. As in the 2014 survey, these families were asked a range of questions, including the reason for closure of their home, overall satisfaction with DCS, adequacy of training, and availability of supervisors. Surveys were conducted by phone by regional staff with no direct case management responsibility for the families contacted. Responses were anonymous, and staff did not record any identifying information about the families contacted unless follow-up contact from a Central Office staff person was requested.

The 2015 survey findings did not differ significantly from the previous year in terms of reasons resource parents elect to close their homes, or in regard to their feelings about the agency experience. Closures as a result of becoming an adoptive family, or a change in family circumstances remained the top two reasons.

## II. Why Homes Voluntarily Close

Exiting resource parents were asked for the primary reason they decided to stop serving as a foster parent. Of those responding, 45.7% made the decision after adopting the children placed in their home, 23.9% had a change in family circumstances, and 13.0% closed after the children placed in the home were re-unified with parents or relative caregivers. Only 9.6% of resource parents expressed closing their home due to dissatisfaction with DCS support or policies- down from 14% in the previous year survey results.

| What is the primary reason you decided to stop serving as a foster parent? | | |
| --- | --- | --- |
| **Answer Options** | **Response Percent** | **Response Count** |
| I adopted the child(ren) placed in my home or assumed guardianship of a relative | 45.7% | 189 |
| The children I was caring for returned to their parents or another family member | 13.0% | 54 |
| There was a change in my family circumstances | 23.9% | 99 |
| Changed agencies | 1.0% | 4 |
| Dissatisfaction with DCS policies | 3.6% | 15 |
| Dissatisfaction with DCS support | 6.0% | 25 |
| Other (please explain) | 6.8% | 28 |
| *answered question* | | **414** |



The Department also asked about specific areas of practice that could impact the foster parent experience positively or adversely. One such area is related to preparation of foster parents to care for the children placed in their homes. This includes providing information about the children to the foster parents prior to placement, training, and availability of support. Survey results yielded that 83.2% of exiting foster parents strongly agreed or agreed that they were fully informed about children being placed (to the extent of the worker's knowledge), and 88.1% strongly agreed or agreed that they received the child placement checklist upon placement.

| In most cases, I was fully informed (as much as the worker knew) about the child(ren) prior to placement. | | |
| --- | --- | --- |
| Answer Options | Response Percent | Response Count |
| Strongly Agree | 31.2% | 124 |
| Agree | 52.0% | 207 |
| Disagree | 14.1% | 56 |
| Strongly Disagree | 2.8% | 11 |
| *answered question* | | **398** |



| I received child placement checklists at the time of placement? | | |
| --- | --- | --- |
| Answer Options | Response Percent | Response Count |
| Always | 62.2% | 240 |
| Often | 25.9% | 100 |
| Rarely | 5.7% | 22 |
| Never | 6.2% | 24 |
| *answered question* | | **386** |



Case 3:00-cv-00445   Document 562-1   Filed 07/26/16   Page 43 of 46 PageID #: 15687

Foster parents were also asked about their access to supervisors and initial PATH training. Survey results reflected that 94.5% strongly agreed or agreed that they knew how to reach a supervisor when needed, and 92.5% felt that the PATH training adequately prepared them to meet the needs of the children for whom they cared.

| I knew how to reach a supervisor when I needed to. | | |
| --- | --- | --- |
| Answer Options | Response Percent | Response Count |
| Strongly Agree | 31.6% | 131 |
| Agree | 62.9% | 261 |
| Disagree | 4.1% | 17 |
| Strongly Disagree | 1.4% | 6 |
| *answered question* | | **415** |



| The initial PATH training adequately prepared me to meet the needs of the foster children for whom I cared. | | |
| --- | --- | --- |
| Answer Options | Response Percent | Response Count |
| Strongly Agree | 36.2% | 150 |
| Agree | 56.3% | 233 |
| Disagree | 6.8% | 28 |
| Strongly Disagree | 0.7% | 3 |
| *answered question* | | **414** |



4

Foster parents were also asked about their comfort level with declining placements that they didn't feel equipped to accept. In response, 94.8% strongly agreed or agreed that they did not feel pressured to accept a placement at the risk of repercussions if they declined.

| I felt free to make a decision to accept or decline a child's placement without fear of negative repercussions if I decided to decline. | | |
|---|---|---|
| Answer Options | Response Percent | Response Count |
| Strongly Agree | 38.6% | 149 |
| Agree | 56.2% | 217 |
| Disagree | 3.9% | 15 |
| Strongly Disagree | 1.3% | 5 |
| *answered question* | | **386** |



Overall, 73.8% of survey respondents rated their experience with DCS as excellent to good, compared to 65% in survey year 2014.

| I would rate my experience with the State of Tennessee's Department of Children's Services as: | | |
|---|---|---|
| Answer Options | Response Percent | Response Count |
| Excellent | 30.6% | 126 |
| Good | 43.2% | 178 |
| Fair | 18.9% | 78 |
| Unacceptable | 7.3% | 30 |
| *answered question* | | **412** |
| *skipped question* | | **10** |



5

**III. Department's Ongoing Commitment**

While the Department has established an ongoing methodology for soliciting and evaluating feedback from resource families who close their homes-a process that appears effective in gleaning feedback, there is also the commitment to sharing the feedback as part of continuous quality improvement. Periodically during the year, the information is shared with a workgroup of field staff who are charged with brainstorming and recommending practice improvements. Similarly, it is shared with Regional Administrators who have primary responsibility for ensuring that concerns are addressed in their respective regions. The Department has implemented a concurrent track of surveying active resource families in regard to issues and satisfaction levels. And, perhaps most importantly, the Department has actively partnered with the statewide foster parent association (TFACA) in their creation of a strategic plan that supports local and regional foster parent associations in improving responsiveness to foster parent issues and concerns throughout the state.